UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: MICHAEL G. TYSON, DEBTOR

STRAIGHT-OUT PROMOTIONS, LLC &
CHRIS WEBB,
    Appellants on Cross-Claim

v.

R. TODD NEILSON, as Plan Administrator
Of the MGT Chapter 11 Liquidating Trust,
    Appellee

FRANK WARREN
EDWARD SIMONS
    Appellees on Cross-Claim

BREARLY (INTERNATIONAL) LIMITED
SPORTS NETWORK, PLC
MARINETRACK HOLDINGS, PLC
SPORTS & LEISURE, BOXING, LTD.
    Non-Appealing Parties affected
    by Bankruptcy Court's Opinion
    that is on appeal

1:11-cv-05447-DA (PGG)

STIPULATION OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/11

May it please the Court:

    Counsel for the Appellants Straight-Out Promotions, LLC & Chris Webb, Frank Warren and Edward Simons' Appellees hereby indicate their agreement to the following briefing schedule in this matter:

    Appellants Straight-Out Promotions, LLC & Chris Webb shall file their appellants' brief on or before Friday September 23, 2011 and it shall be no more than 50 pages, not including the appendix.

    Appellees Frank Warren and Edward Simons and R. Todd Neilson (should he desire) shall file their appellee response briefs on or before Tuesday November 1, 2011 and it/they shall be no more than 50 pages, not including the appendix.

1

Aug 18 2011 12:51PM  KARARSIK                    12129681455              p.2

Appellants shall file their reply brief on or before Tuesday November 15, 2011 and it shall be no more than 25 pages, not including the appendix.

It is further agreed that when the reply brief is served, the appellants shall supply two courtesy copies of all papers filed to the Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

/s/ in agreement
J. Bruce Miller
J. BRUCE MILLER LAW GROUP
605 W. Main St.
Louisville, Kentucky 40202
Ph. 502-587-0900
Fx. 502-587-9008
jbm@jbmlg.com
*Putative Pro Hac Vice Counsel
For the Straight-Out Promotions,
LLC and Chris Webb*, Appellants

/s/ in agreement
Howard Karasik
SHERMAN CITRON & KARASIK, PC
605 Third Ave, 25th Floor
New York, N.Y. 10158
*Counsel for Frank Warren, Appellee*

/s/ consent to
Jethro M. Eisenstein
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, N.Y. 10005-2101
*Bkcy Court Counsel for
Edward Simons.*

So Ordered:

Dated: August 30, 2011

_____
U.S. District Judge

2